# In the United States District Court for the Southern District of Georgia
## Waycross Division

VANITABEN JATINKUMAR PATEL,

    Plaintiff,

v.

UR JADDOU, Director for U.S.C.I.S, et al.,

    Defendants.

CV 524-051

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 4, wherein she notifies the Court that she wishes to voluntarily dismiss this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 25 day of November, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA